**Order entered April 8, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00399-CV

### IN RE LARRY JAMES BUDOW, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80851-2012**

## ORDER

Before Chief Justice Burns and Justices Molberg and Evans

Based on the Court's opinion of this date, we **DENY** relator's March 25, 2020 petition for writ of mandamus.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE